# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DENNIS ROYAL,<br><br>      Plaintiff,<br><br>v.<br><br>PAUL REVERE LIFE INSURANCE COMPANY, as Administrator for New York Life Insurance Company,<br><br>      Defendant. | No. C08-5607FDB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

TO:    Plaintiff Above Named

AND TO:  Patrick H. LePley, Attorney for Plaintiff

## STIPULATION

IT IS STIPULATED by and between the parties hereto that the above-entitled matter may be dismissed with prejudice and without costs.

DATED this 19th day of August, 2009.

          LANE POWELL PC

          By s/ D. Michael Reilly
            D. Michael Reilly, WSBA No. 14674
            Michael H. Runyan, WSBA No. 6986
            Attorneys for Paul Revere Life Insurance
            Company, as Administrator for New York Life
            Insurance Company

STIPULATION AND ORDER OF DISMISSAL - 1

100447.0124/1745378.1

LePLEY LAW FIRM

By s/ Patrick H. LePley
    Patrick H. LePley, WSBA No. 7071
    Attorney for Plaintiff Dennis Royal

**ORDER**

The parties having stipulated for dismissal of the above-entitled matter with prejudice and without costs, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

DATED this 19th day of August, 2009.

By _____
HONORABLE JUDGE FRANKLIN D. BURGESS

Presented by:

LANE POWELL PC

By s/ D. Michael Reilly
    D. Michael Reilly, WSBA No. 14674
    Michael H. Runyan, WSBA 6986
Attorneys for Defendant Paul Revere Life
Insurance Company, as Administrator for
New York Life Insurance Company

Copy Received; Approval as to Form; Notice of Presentation Waived:

LePLEY LAW FIRM

By s/ Patrick H. LePley
    Patrick H. LePley, WSBA No. 6986
Attorneys for Plaintiff Dennis Royal

STIPULATION AND ORDER OF DISMISSAL - 2

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 19th day of August, 2009, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Patrick H. LePley
LePley Law Firm
4122 Factoria Blvd. SE, Suite 400
Bellevue, WA 98006

Executed on the <u>19th</u> day of August, 2009, at Seattle, Washington.

s/ Margaret E. Smith
_____
Margaret E. Smith

STIPULATION AND ORDER OF DISMISSAL - 3

100447.0124/1745378.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107